RECEIVED
SEP 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD M. COIA et al. :
:
v. : C.A. No. 05-209ML
:
SHAW CONSTRUCTION CORPORATION :

STIPULATION

The parties herein agree that the Defendant Shaw Construction Corporation shall have up to and including Friday, September 30, 2005, within which to answer Plaintiffs' Complaint.

RONALD M. COIA, et al.
By their Attorneys,

Jaime J. LaPorte

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
Date: August 29, 2005

SHAW CONSTRUCTION CORP.
By its Attorneys,

Thomas W. Heald, (#1694)
Roger N. LeBoeuf (#5208)
HEALD & LEFOEUF, LTD.
606 Old Colony House
Weybosset Street
Providence, RI 02903
Tel: (401) 421-1500
Fax: (401) 331-5886
Date: September 6, 2005

*343477_1.doc*

Enter: Mary M. Lisi
USDJ 9/7/05