UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

2005

| | | |
|---|---|---|
| RONALD M. COIA et. al. | : | |
| v. | : | C.A. No. 05-209ML |
| SHAW CONSTRUCTION CORPORATION | : | |

STIPULATION

The parties hereby stipulate and agree that Defendant, Shaw Construction Corporation shall have up until and including October 31, 2005 to answer or otherwise respond to Plaintiffs' Complaint.

Plaintiffs
RONALD M. COIA, et. al.
By Its Attorneys,

Jaime L. LaPorte

Robert P. Brooks, Reg. # 3721
Jaime L. Laporte, Reg. #6668
ADLER, POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200 (telephone)
(401) 751-0604 – 351-0607 (fax)

Defendant
SHAW CONSTRUCTION CORPORATION
By its Attorneys,

Thomas W. Heald, Reg. #1694
Roger N. LeBoeuf, Reg. #5208
HEALD & LEBOEUF, LTD.
606 Old Colony House
58 Weybosset Street
Providence, Rhode Island 02903
(401) 421-1500 (telephone)
(401) 331-5886 (fax)

Date: October 5, 2005

Enter: Mary M. Lisi USDJ 10/11/05