UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RONALD M. COIA et. al.

v. C.A. No. 05-209ML

SHAW CONSTRUCTION CORPORATION

THIRD SUPPLEMENTAL AFFIDAVIT OF ANTHONY PAGLIA

I, Anthony Paglia, under oath depose and say as follows:

1. That I am the Vice-President of Shaw Construction Corporation and I am familiar with the facts set forth herein.
2. That David O. Carlson worked a total of 272 hours in the months of November 2004 and December 2004. Mr. David O. Carlson worked 0 hours on the "Newport Naval Station" project, 272 hours on the "Massachusetts Port Authority Contract Number D251-C1," 0 hours on the "Massachusetts Port Authority Connealy Terminal," 0 hours on "CMA-Washington 008 Salt Storage Facility," 0 hours on "Worcester Housing Authority: Lakeside Apartments," and 0 hours on other projects.
3. That Oscar S. Carlson worked a total of 393 hours in the months of November 2004, December 2004 and January 2005. Mr. Oscar S. Carlson worked 16 hours on the "Newport Naval Station" project, 24 hours on the "Massachusetts Port Authority Contract Number D251-C1," 0 hours on the "Massachusetts Port Authority Connealy Terminal," 0 hours on "CMA-Washington 008 Salt Storage Facility," and 120 hours on "Worcester Housing Authority: Lakeside Apartments," and 233 hours on "Massachusetts Turnpike Contract No. 032-509."

4. That Russell M. Cory worked a total of 182.25 hours in the months of November 2004 and December 2004. Mr. Cory worked 16 hours on the "Newport Naval Station" project, 24 hours on the "Massachusetts Port Authority Contract Number D251-C1," 0 hours on the "Massachusetts Port Authority Connealy Terminal," 0 hours on "CMA-Washington 008 Salt Storage Facility," and 0 hours on "Worcester Housing Authority: Lakeside Apartments," and 142.25 hours on "Massachusetts Turnpike Contract No. 032-509."

5. That Shaw's last day of work on the Newport Naval Station project ws November 15, 2004. Shaw's last day of work on the Massachusetts Port Authority Contract Number D251-C1 project was December 30, 2004. Shaw's last day of work on the Worcester Housing Authority Lakeside Apartments project was January 21, 2005. Shaw's last day of work on the Massachusetts Turnpike Contract No. 032-509 was during the week ending January 8, 2005.

Anthony Paglia to the best of my recollection and knowledge

Subscribed and sworn to before me in Providence, Rhode Island on the 9th day of November, 2005.

Notary Public
My Commission Expires: 04/11/2006