# PAYMENT BOND

BOND # 104153467

Know all by these presents, that **Shaw Construction Corporation** as Principal, and **Travelers Casualty and Surety Company of America** as Surety, are held and firmly bound unto the Massachusetts Port Authority in the sum of **THREE HUNDRED THIRTY-TWO THOUSAND, ONE HUNDRED NINETY-FIVE DOLLARS ($332,195.00)** lawful money of the United States of America, to be paid to the Massachusetts Port Authority, for which payments, well and truly to be made we bind ourselves, our respective heirs, executors, administrators, successors, and assigns, jointly and severally, firmly by these presents.

Whereas, the said Principal has made a Contract with the Massachusetts Port Authority bearing date of December 26, 2003, **Two Thousand and Three** for the construction of **MPA Contract No. D251-C1**, entitled, **Deck Reconstruction, Commonwealth Pier, Boston, Massachusetts.**

Now, the condition of this obligation is such, that if the Principal, shall pay for all labor performed or furnished and for all materials used or employed in said Contract and in any and all duly authorized modifications, alterations, extension of time, changes, or additions to said Contract that may hereinafter be made, notice to the Surety of such modifications, alterations, extensions of time, changes, or additions being hereby waived, the foregoing to include any other purposes or items set out in, and to be subject to, the provisions of the Massachusetts General Laws, Chapter 30, Section 39-A, and Chapter 149, Section 29, as amended, then this obligation shall become null and void; otherwise it shall remain in full force and virtue.

IN WITNESS WHEREOF, we hereunto set our hands and seals this 1st day of December A.D., Two Thousand and Three.

PRINCIPAL

Shaw Construction Corporation Seal

By: ____________________

Title: President

SURETY

Travelers Casualty and Surety Company of America Seal

By: ____________________

Richard F. Caruso
Attorney-in-Fact

Title: Attorney-in-Fact

Signed and sealed in the Presence of:

____________________

MPA CONTRACT NO. D251-C1
TRAC NO. P-3319