Bond No 14360421

# PAYMENT BOND

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**

## KNOW ALL MEN BY THESE PRESENTS:

That we, Shaw Construction Corporation as Principal,

and Travelers Casualty & Surety Company of America as Surety, are held and firmly bound unto

the Worcester Housing Authority, as Obligee, in the sum of

Two Hundred Seventy-Two Thousand 00/100 dollars $ 272,000.00

to be paid to the Obligee, for which payments, well and truly to be made, we bind ourselves, our respective heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

**WHEREAS,** the said Principal has made a contract with the Obligee, bearing the date of ____________ 200 4

for the construction of Repair Lakeside Deteriorated Concrete Stairs (Project Title) in Worcester Massachusetts.

**NOW** the conditions of this obligation are such that if the Principal and all subcontractors under said contract shall pay for all labor performed or furnished and for all materials used or employed in said contract and in any and all duly authorized modifications, alterations, extensions of time, changes or additions to said contract that may hereafter be made, notice to the Surety of such modifications, alterations, extensions of time, changes or additions being hereby waived, the foregoing to include any other purposes or items set out in, and to be subject to, provisions of M.G.L. c.30 §39A, and M.G.L. c.149 §29, as amended, then this obligation shall become null and void; otherwise it shall remain in full force and virtue.

**IN WITNESS WHEREOF,** the Principal and Surety have hereunto set their hands and seals this:

________ Day of ____________ 200 4

| **PRINCIPAL** | **SURETY** |
|---|---|
| SHAW CONSTRUCTION CORPORATION | TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA |
| By: ____________ Seal | By: ____________ Attorney-in-Fact Richard F. Caruso |
| Attest: ____________ | Attest ____________ Judy Dean |

The rate for this bond is * % for the first $ * and * % for the next $ *

The total premium for this bond is $ *

* PREMIUM FOR THIS BOND REFLECTED ON THE PERFORMANCE BOND.