# PAYMENT BOND

## MASSACHUSETTS TURNPIKE AUTHORITY

CONTRACT NO. 032-509
Bond No. 104153470

**KNOW ALL MEN BY THESE PRESENTS:**

That **Shaw Construction Corporation, 36 Hemlock Street, Suite 103, Providence, RI 02903** as principal, and Travelers Casualty and Surety Company of America, of Hartford, Connecticut, as Surety, a corporation duly organized under the laws of the State of Connecticut and duly registered to conduct a surety business in Massachusetts, are held and firmly bound unto the Massachusetts Turnpike Authority, as Obligee, in the sum of **Nine Hundred and Thirteen Thousand Dollars and No Cents ($913,000.00)**, lawful money of the United States of America, for the payment whereof the Principal and the Surety bind themselves, their respective successors and assigns, jointly and severally, firmly by these presents.

WHEREAS the Principal has made a contract (the "Contract") with the Obligee bearing the date of **November 21, 2003**, for the performance of certain work in the Commonwealth of Massachusetts.

NOW, THEREFORE, if the Contractor and its Subcontractors shall pay for labor performed and materials used or employed in the prosecution of the Work provided for in the Contract, and for all other items of the kind and nature specified in Chapter 149, Section 29 of the Massachusetts General Laws, then this obligation shall be void; otherwise it shall remain in full force and effect;

PROVIDED, HOWEVER, that in order to obtain the benefits of this bond, all claimants shall comply with all applicable provisions of said Chapter 149, Section 29, and all rights and liabilities on this bond shall be determined and limited by said Section to the same extent as if said statute was set forth herein in its entirety.

And the said Surety further stipulates and agrees that no change in, extension of time or alteration or addition to, the terms of the Contract or the Work to be performed thereunder or the Contract Documents accompanying the same shall in any way affect its obligations on this Bond and it does hereby waive notice of any such change in, extension of time or alteration of, or addition to, the terms of the Contract or the work or the Contract Documents, or partial or full release of retained sums to the Principal.

IN WITNESS WHEREOF, the Principal and Surety have hereto set their hands and affixed their corporate seals hereto this 11th day of December, 2003.

**PRINCIPAL**

Shaw Construction Corporation

By ______________
Melissa P. Paglia

Title President

(SEAL)

**SURETY**

Travelers Casualty and Surety Company of America

By
Attorney-in-Fact
Judy Dean

(SEAL)

Signed and sealed in the presence of:

Attest: ______________

*Attest:
John J. Curtin, Jr.
026 30 9764
Social Security Number

**Massachusetts resident agent of the Surety who is licensed as a surety broker in Massachusetts.