AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

RONALD M. COIA, et al.

V.

SHAW CONSTRUCTION CORP. et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-209ML

TO: (Name and address of Defendant)

Travelers Casualty and Surety Company of America
c/o Corporation Service Company (Agent for Service)
50 Weston Street
Hartford, CT 06120-1537

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert P. Brooks, #3721
Jaime J. LaPorte, #6668
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Dube
Chief Deputy Clerk

CLERK

12/1/05

DATE

Barbara Barletta

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE December 6,2005 |
| NAME OF SERVER *(PRINT)* Abraham Glassman | TITLE CT State Marshal, Hartford County |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Left copies thereof with Luz Marquez,Corporation Service Company,50-D Weston St.,Hartford,CT,agent for service for Travelers Casualty & Surety Company of America

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 16 mi $7.76 | $82.60 | $90.36 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/6/05
Date

Signature of Server

Abraham Glassman
P.O.Box 533
South Windsor,CT 06074

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.