RECEIVED
FEB 03 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD M. COIA
As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO,

v. C.A. No. 05-209ML

SHAW CONSTRUCTION CORPORATION and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

**STIPULATION OF DISMISSAL**

The parties hereto, through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), do hereby stipulate to the dismissal with prejudice of all claims in the above-captioned case, all parties to bear their own costs and attorneys' fees.

Enter:
Mary M. Lisi
USDJ 2/6/06

RONALD M. COIA, et al.
By their Attorneys,

Jaime J. LaPorte

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
Date: February 3, 2006

SHAW CONSTRUCTION CORPORATION
By its Attorneys

THOMAS W. HEALD (#1694)
ROGER N. LeBOEUF (#5208)
HEALD & LeBOEUF, LTD.
606 Old Colony House
58 Weybosset Street
Providence, RI 02903
Tel: (401) 421-1500
Fax: (401) 331-5886
Date: January 17, 2006

*368371_1.doc*